In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-16-00313-CR
_____

CONNIE GAIL SEAY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 253rd District Court
Liberty County, Texas
Trial Cause No. CR32428

## MEMORANDUM OPINION

Connie Gail Seay has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2(a). A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on December 27, 2016
Opinion Delivered December 28, 2016
Do Not Publish

Before McKeithen, C.J., Kreger and Horton, JJ.